IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY LLC, and <br> AT&T SERVICES, INC. <br><br> Defendant. | § <br> § <br> § <br> §  Case No: 2:16-cv-00594-JRG <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

**NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANT AT&T MOBILITY, LLC AND AT&T SERVICES, INC.**

Notice is hereby given that the undersigned attorney, Timothy S. Durst, of the law firm of Baker Botts L.L.P, hereby enters his appearance as counsel in this matter on behalf of Defendant AT&T Mobility LLC and AT&T Services, Inc.  Timothy S. Durst will serve as lead counsel.

Mr. Durst respectfully requests that the Court notify him of all hearings and provide him with copies of all pleadings and orders in this case.

Dated: July 20, 2016 　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Timothy S. Durst*
　　　　　　　　　　　　　　　　　　　　　Timothy S. Durst
　　　　　　　　　　　　　　　　　　　　　Lead Attorney
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 00786924
　　　　　　　　　　　　　　　　　　　　　tim.durst@bakerbotts.com
　　　　　　　　　　　　　　　　　　　　　Brian D. Johnston
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24080965
　　　　　　　　　　　　　　　　　　　　　brian.johnston@bakerbotts.com
　　　　　　　　　　　　　　　　　　　　　**BAKER BOTTS L.L.P.**
　　　　　　　　　　　　　　　　　　　　　2001 Ross Avenue, Suite 600
　　　　　　　　　　　　　　　　　　　　　Dallas, Texas  75201-2980
　　　　　　　　　　　　　　　　　　　　　Telephone: 214-953-6500
　　　　　　　　　　　　　　　　　　　　　Facsimile: 214-953-6503


　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　　　　**AT&T MOBILITY, LLC AND**
　　　　　　　　　　　　　　　　　　　　　**AT&T SERVICES, INC.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 20, 2016.

                                            */s/ Brian D. Johnston*
                                            Brian D. Johnston