# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | § |
| | § |
| Plaintiff, | §  Case No: 2:16-cv-00594-JRG |
| v. | § |
| | § |
| AT&T MOBILITY LLC, and | § |
| AT&T SERVICES, INC. | § |
| | § |
| Defendant. | |

## NOTICE OF APPEARANCE OF COUNSEL
## FOR DEFENDANT AT&T MOBILITY, LLC AND AT&T SERVICES, INC.

Notice is hereby given that the undersigned attorney, Brian D. Johnston, of the law firm of Baker Botts L.L.P, hereby enters his appearance as additional counsel in this matter on behalf of Defendant AT&T Mobility LLC and AT&T Services, Inc.  Timothy S. Durst will remain lead counsel.

Mr. Johnston respectfully requests that the Court notify him of all hearings and provide him with copies of all pleadings and orders in this case.

|  |  |
|---|---|
| Dated: July 20, 2016 | Respectfully submitted, |// 
|  | */s/ Brian D. Johnston* |
|  | Timothy S. Durst |
|  | Lead Attorney |
|  | Texas Bar No. 00786924 |
|  | tim.durst@bakerbotts.com |
|  | Brian D. Johnston |
|  | Texas Bar No. 24080965 |
|  | brian.johnston@bakerbotts.com |
|  | **BAKER BOTTS L.L.P.** |
|  | 2001 Ross Avenue, Suite 600 |
|  | Dallas, Texas  75201-2980 |
|  | Telephone: 214-953-6500 |
|  | Facsimile: 214-953-6503 |
|  |  |
|  | **ATTORNEYS FOR DEFENDANT AT&T MOBILITY, LLC AND AT&T SERVICES, INC.** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 20, 2016.

>                                    */s/ Brian D. Johnston*
>                                    Brian D. Johnston