**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:16-cv-00450-JRG |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| CITIBANK NA | § | |
| | § | |
| Defendant. | § | |
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:16-cv-00594-JRG |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| AT&T MOBILITY LLC et al | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day the Court considered the unopposed motion of Plaintiff Symbology Innovations, LLC ("Symbology") to dismiss all claims against Defendants AT&T Mobility LLC and AT&T Services, Inc. (collectively, the "AT&T Defendants") with prejudice (Dkt. No. 120). It is therefore ORDERED that all claims asserted by Symbology against the AT&T Defendants are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 7th day of October, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE